# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 10-1845-VBF (RNB)**                           Date: **April 2, 2010**

Title: **Eli Toney DelRay v. Warden**

===============================================================
**DOCKET ENTRY**
===============================================================

PRESENT:

**HON. ROBERT N. BLOCK, MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

  None present                                                                  None present

**PROCEEDINGS: (IN CHAMBERS)**

   Based on his current trust account balance, petitioner's request to proceed in forma pauperis is GRANTED.

MINUTES FORM 11                                              Initials of Deputy Clerk        klg
CIVIL-GEN