CV10-1845 VBF (RNB)

___Eli Toney DelRay___
Petitioner

_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

[FILED MAR 26 2010, CLERK U.S.D.C. SOUTHERN DIVISION, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]

I, ___Eli Toney DelRay___, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.  ___February 2006 at $22.00 per Month___

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends?              ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments?    ☐ Yes   ☒ No
    d. Gifts or inheritances?                             ☐ Yes   ☒ No
    e. Any other sources?                                 ☒ Yes   ☐ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: ___$300.00 Government Stimulus Check___

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes   ☒ No

    If the answer is yes, state the total value of the items owned: _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☒ Yes ☐ No

   If the answer is yes, describe the property and state its approximate value: <u>4 year old Dell Laptop Computer used to type this Writ valued new at $842.24</u>

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: <u>none</u>

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on <u>3-10-2010</u>     <u>El. Torrey DelRay</u>
             Date                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ <u>12.50  $5.00</u> on account to his credit at the <u>Coalinga State Hospital, Coalinga, California</u> institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: <u>none</u>

<u>3-10-2010</u>     <u>[signature] Trust Officer II(A)</u>
    Date              Authorized Officer of Institution/Title of Officer

See Attached indigent forms

Petitioner claims exemption under
Page v. Torrey
201 F.3d 1136
for reporting for PLRA purposes
Petitioner is a civil detainee!!
     El. T. DelRay

DATE <u>3/22/2010</u>

THIS IS A CERTIFIED COPY OF THE ABOVE NAMED PATIENT'S HOSPITAL ACCOUNT.
[signature]
TRUST OFFICER

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

3/22/2010  
1:58:05PM

**COALINGA STATE HOSPITAL**  
**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
Patient Ledger Report

Page 1 of 1

**0001552    Delray, Eli**

|    | TransDate  | Doc No.    | Item                         | Comment                                       | Withdrawl | Deposit  | Balance  |
|----|------------|------------|------------------------------|-----------------------------------------------|-----------|----------|----------|
| 1  | 09/30/2009 | 16-28823   | Joseph & Pamela Holmes       | 74061 Buena Vista Dr. Twentynine Palms CA 92277 |           | $25.00   | $25.00   |
| 2  | 09/30/2009 | 13-093009  | Misc Disbursement            | CASH CARD DISB                                | $25.00    |          | $0.00    |
| 3  | 10/08/2009 | 16-28835   | Treasury Dept - Fresno Tax return | Tax Return                              |           | $300.00  | $300.00  |
| 4  | 10/08/2009 | 13-100809  | Misc Disbursement            | CASH CARD DISB                                | $50.00    |          | $250.00  |
| 5  | 10/14/2009 | 13-101409  | Misc Disbursement            | CASH CARD DISB                                | $25.00    |          | $225.00  |
| 6  | 10/21/2009 | 13-102109  | Misc Disbursement            | CASH CARD DISB                                | $25.00    |          | $200.00  |
| 7  | 10/27/2009 | 13-102709  | Misc Disbursement            | CASH CARD DISB                                | $50.00    |          | $150.00  |
| 8  | 10/30/2009 | 13-103009  | Misc Disbursement            | CASH CARD DISB                                | $20.00    |          | $130.00  |
| 9  | 11/02/2009 | 16-28862   | Joseph Johnson               | 1960 Aletha Lane Vacaville CA 95687           |           | $50.00   | $180.00  |
| 10 | 11/09/2009 | 13-110909  | Misc Disbursement            | CASH CARD DISB                                | $25.00    |          | $155.00  |
| 11 | 11/10/2009 | 16-28869   | Pamela Holmes                |                                               |           | $20.00   | $175.00  |
| 12 | 11/10/2009 | ENC-11100  | Create Encumbrance $30.00    | Anne Whitlock                                 |           |          | $175.00  |
| 13 | 11/12/2009 | ENC-11100  | Remove Encumbrance $30.00    | Anne Whitlock                                 |           |          | $175.00  |
| 14 | 11/12/2009 | 13-019487  | Misc Disbursement            | Anne Whitlock                                 | $30.00    |          | $145.00  |
| 15 | 11/13/2009 | 13-111309  | Misc Disbursement            | CASH CARD DISB                                | $50.00    |          | $95.00   |
| 16 | 12/08/2009 | 13-120809  | Misc Disbursement            | CASH CARD DISB                                | $25.00    |          | $70.00   |
| 17 | 12/15/2009 | 13-121509  | Misc Disbursement            | CASH CARD DISB                                | $25.00    |          | $45.00   |
| 18 | 12/16/2009 | ENC-12160  | Create Encumbrance $5.00     | Donations - U12                               |           |          | $45.00   |
| 19 | 12/16/2009 | ENC-12160  | Remove Encumbrance $5.00     | Donations - U12                               |           |          | $45.00   |
| 20 | 12/16/2009 | 13-121609  | Misc Disbursement            | Donations - U12                               | $5.00     |          | $40.00   |
| 21 | 12/24/2009 | 13-122409  | Misc Disbursement            | CASH CARD DISB                                | $20.00    |          | $20.00   |
| 22 | 12/24/2009 | 13-122409  | Misc Disbursement            | CASH CARD DISB                                | $20.00    |          | $0.00    |
| 23 | 02/22/2010 | 18-022210  | AB1013 Funds                 | $12.50 Receipts                               |           | $12.50   | $12.50   |
| 24 | 03/10/2010 | 13-031010  | Misc Disbursement            | CASH CARD DISB                                | $12.50    |          | $0.00    |
| 25 | 03/16/2010 | 16-30902   | Pamela Holmes                |                                               |           | $50.00   | $50.00   |
| 26 | 03/16/2010 | 13-031610  | Misc Disbursement            | CASH CARD DISB                                | $25.00    |          | $25.00   |
| 27 | 03/18/2010 | 13-031810  | Misc Disbursement            | CASH CARD DISB                                | $20.00    |          | $5.00    |

DATE 3/22/2010

THIS IS A CERTIFIED COPY OF THE ABOVE NAMED PATIENT'S HOSPITAL ACCOUNT.

TRUST OFFICER

| TOTAL WITHDRAWLS / DEPOSITS: | | | | | $452.50 | $457.50 | |

partment of Me.   Health                                          Calinga State Hospital

# TRUST PATIENT LEDGER REPORT REQUEST

Instructions: To request a copy of the Patient Ledger Report (ledger account), please have patient complete the information below. <u>Requests will be faxed to the Trust Office by Unit staff</u>. All requests received by noon in the Trust Office, will be processed and faxed to the patient's unit on the same working day before 5:00 p.m. Requests received after noon will be processed and faxed the next working day before 5:00 p.m.

PATIENT NAME _Eli Toney Delray_
                           (Print)
CO# _000155-2_

Unit _12_

Please indicate the specific date range or check appropriate Previous Month below:

From Date _____ To Date: _____

Previous Month _____

Previous (3) Months _know_        Signed by Trust administrator
                                   for District Court
Previous (6) Months _✓_

Signed: _El Tony DelRay_
           (Patient Signature)

FAXED 3/2/10

Trust 40-027
(New 6/06)