STEVE COOLEY
District Attorney of Los Angeles County
PATRICK D. MORAN, State Bar No. 066907
TRACEY W. LOPEZ, State Bar No. 174102
Appellate Division
320 West Temple St., Suite 540
Los Angeles, California 90012-3213
Telephone: (213) 974-5911
Fax: (213) 217-5104
Email: tlopez@da.lacounty.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI TONEY DELRAY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case Number:<br>CV-10-1845 VBF (RNB)<br><br>NOTICE OF APPEARANCE |

　　　　On March 18, 2010, this Court issued on Order Requiring Response To Petition for Writ of Habeas Corpus, which was served upon the Attorney General of the State of California. Petitioner Eli Toney Delray (hereafter "Petitioner") is currently being detained upon a pending civil commitment petition filed by the Los Angeles County District Attorney. The District Attorney's Office has communicated with the Attorney General's Office and both agree that the District Attorney's Office is the appropriate counsel of record in this federal habeas corpus case.

　　　　Respondent hereby submits this Notice of Appearance.

//

1

The following Deputy District Attorney will be preparing the responsive pleading in the above-entitled case on behalf of Respondent and will have principal charge of the case:

Tracey Lopez
Deputy District Attorney
Appellate Division
Los Angeles County District Attorney's Office
320 West Temple Street, Suite 540
Los Angeles, CA 90012
Telephone: (213) 974-5911
Facsimile: (213) 217-5104
E-mail: tlopez@da.lacounty.gov

Dated: April 14, 2010

Respectfully submitted,

STEVE COOLEY, District Attorney of
Los Angeles County

PATRICK D. MORAN

TRACEY W. LOPEZ
Deputy District Attorneys
Appellate Division
Attorneys for Respondent

## DECLARATION OF SERVICE BY MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

I am over eighteen years of age, not a party to the within cause and employed in the Office of the District Attorney of Los Angeles County with offices at 320 West Temple St., Suite 540, Los Angeles, California 90012. On the date of execution hereof, I served the attached <u>Notice of Appearance</u> upon each addressee by depositing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail in the County of Los Angeles, California, addressed as follows, and where indicated, by e-mail:

Eli Toney DelRay
CSH-000155-2
Coalinga State Hospital
24511 West Janey Avenue
PO Box 5003
Coalinga, CA 93211-5003

Pamela C. Hamanaka
Senior Assistant Attorney General
300 South Spring Street
Los Angeles, CA 90013

Executed on April 14, 2010, at Los Angeles, California.

(Signature) Laura Vega