STEVE COOLEY
District Attorney of Los Angeles County
PATRICK D. MORAN, State Bar No. 066907
TRACEY W. LOPEZ, State Bar No. 174102
320 West Temple St., Suite 540
Los Angeles, California 90012-3213
Telephone: (213) 974-5911
Fax: (213) 217-5104
Email: tlopez@da.lacounty.gov

Attorneys for Respondent

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI TONEY DELRAY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case Number:<br>CV-10-1845 VBF (RNB)<br><br>[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS THE PENDING PETITION FOR WRIT OF HABEAS CORPUS |

On April 14, 2010, respondent filed a request for enlargement of time to file a motion to dismiss the pending habeas corpus petition seeking to extend until May 27, 2010, the time to file said pleading. Respondent's request is granted. Respondent's motion to dismiss is now due no later than May 27, 2010.

IT IS SO ORDERED.

DATED: April 15, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Robert N. Block
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1