## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 10-1845-VBF (RNB)**                                  Date: **May 5, 2010**

Title: **Eli Toney DelRay v. Warden**
=================================================================
**DOCKET ENTRY**
=================================================================
PRESENT:

**HON. ROBERT N. BLOCK, MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

    None present                                                                   None present

**PROCEEDINGS: (IN CHAMBERS)**

    In response to his "objection" filed May 3, 2010, petitioner is advised that the issue of which agency is the appropriate agency to serve as counsel of record for respondent in this case is a matter between the California Attorney General's Office and the Los Angeles District Attorney's Office, and not his concern.  Nor does it make any difference to the Court that petitioner purports to be claiming intentional prosecutorial malfeasance by another Los Angeles County Deputy District Attorney.  Even if the Deputy District Attorney accused of the malfeasance had entered an appearance as counsel of record for respondent, the Court would not have disqualified him for supposedly having a conflict of interest.  Petitioner's "objection" is therefore overruled.