STEVE COOLEY
District Attorney of Los Angeles County
PATRICK D. MORAN, State Bar No. 066907
TRACEY W. LOPEZ, State Bar No. 174102
320 West Temple St., Suite 540
Los Angeles, California 90012-3213
Telephone: (213) 974-5911
Fax: (213) 217-5104
Email: tlopez@da.lacounty.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI TONEY DELRAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case Number:<br>CV-10-1845 VBF (RNB)<br><br>[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO FILE MOTION TO DISMISS THE PENDING PETITION FOR WRIT OF HABEAS CORPUS |

On April 14, 2010, respondent filed a request for enlargement of time to file a motion to dismiss the pending habeas corpus petition seeking to extend until July 8, 2010, the time to file said pleading. Respondent's request is granted. Respondent's motion to dismiss is now due no later than May 27, 2010.

IT IS SO ORDERED.

DATED: May __, 2010

_____

Honorable Robert N. Block

1

DECLARATION OF SERVICE BY MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

I am over eighteen years of age, not a party to the within cause and employed in the Office of the District Attorney of Los Angeles County with offices at 320 West Temple St., Suite 540, Los Angeles, California 90012. On the date of execution hereof, I served the attached <u>Proposed Order Granting Enlargement of Time to File Motion to Dismiss the Pending Petition for Writ of Habeas Corpus</u> upon each addressee by depositing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail in the County of Los Angeles, California, addressed as follows, and where indicated, by e-mail:

Eli Toney DelRay
CSH-000155-2
Coalinga State Hospital
24511 West Janey Avenue
PO Box 5003
Coalinga, CA 93211-5003

Executed on May 21, 2010, at Los Angeles, California.

*(Signature)* Laura Vega