# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 10-1845-VBF (RNB)**                                Date: **May 24, 2010**

Title: **Eli Toney DelRay v. Warden**
===============================================================

**DOCKET ENTRY**
===============================================================

PRESENT:

**HON. ROBERT N. BLOCK, MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
       None present                                                                                   None present

**PROCEEDINGS: (IN CHAMBERS)**

   Respondent's request for a further extension of time to file a Motion to Dismiss is granted in part and denied in part as follows.  The Court is willing to extend the current May 27, 2010 deadline by 30 more days to June 28, 2010.  **Respondent's counsel is forewarned that no further extensions will be granted.**
   IT IS SO ORDERED.

MINUTES FORM 11                                                                        Initials of Deputy Clerk      klg
CIVIL-GEN