I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/27/10

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 27 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI TONEY DELRAY,<br><br>            Petitioner,<br><br>   vs.<br><br>SHERIFF LEE BACA,<br><br>            Respondent. | Case No.  CV 10-1845-VBF (RNB)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 9-22-10

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 27 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE